UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SILAS ELMAN ALVAREZ CIFUENTES and
JOHN DOE, *on behalf of themselves, FLSA
Collective Plaintiffs and the Class*,                                Index No. 1:17-cv-5357

                            *Plaintiffs,*                                **NOTICE OF APPEARANCE**

    -against-

HAMO INC. d/b/a JERUSALEM RESTAURANT,
LITTLE WEST INC. d/b/a BROADWAY PIZZA,
MOHAMMED ELHASSANI and RACHID [LNU],

                            *Defendants.*
------------------------------------------------------------------x

       PLEASE TAKE NOTICE that **Andrew S. Hoffmann** of the law firm Hoffmann & Associates hereby appears as counsel for defendant Mohammed Elhassani and requests that all subsequent papers be served upon this firm at the address indicated below or through the Court's ECF system.

Dated:  New York New York
        August 24, 2017

                                     **HOFFMANN & ASSOCIATES**

                            By:  _____/s/ Andrew Hoffmann /s/_____
                                    **Andrew S. Hoffmann**
                                    **Hoffmann & Associates**
                                    *Attorneys for Defendant Mohammed Elhassani*
                                    **450 Seventh Avenue, Suite 1400**
                                    **New York, New York 10123**
                                    **Tel (212) 679-0400**
                                    **Fax (212) 679-1080**
                                    **Andrew.Hoffmann@HoffmannLegal.com**