UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Give

-v.-

Hima, Inc

-------------------------------------------------------------X

17 civ. 5357 (RWS)

Please be advised that the conference scheduled for 1-9-18 has been rescheduled to 4-3-18 at 12pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
12/7/17

ROBERT W. SWEET
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/17