# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
                   cklee@leelitigation.com

**Via ECF**                                                                                   March 29, 2018

The Honorable Robert W. Sweet, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

                Re:  *Alvarez Cifuentes et al v. Hamo Inc. et al*
                    Case No. 17-CV-5357

Dear Judge Sweet:

      We are counsel to Plaintiffs in the above-referenced matter. We write jointly with Defendant Mohammed Elhassani's counsel, to respectfully request a 30-day adjournment of the initial conference currently scheduled for April 3, 2018 at 12:00 p.m.

      Defendants Hamo Inc., Little West Inc. and Rachid LNU have not appeared on the docket. In an effort to make the appropriate entities aware of the lawsuit, the parties have stipulated that Plaintiff will file an amended complaint.

      This is the first request for the relief sought herein. We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF