UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Fuertes,                               :   Amended
                                       :   17cv.5357
    -v.-                               :   Civ.    (RWS)
                                       :
Hamo, Inc.                             :
---------------------------------------X

Please be advised that the conference scheduled
for 4-3-18 has been rescheduled to
5-8-18 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3-30-18

                                        ROBERT W. SWEET
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 3/30/18