UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SILAS ELMAN ALVAREZ CIFUENTES and JOHN DOE, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

Plaintiffs,

-against-

Hamo Inc. et al,

Defendants.

---------------------------------------------------------------X

17 CV 5357

**STIPULATION CONSENTING TO FILING OF FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that Defendant MOHAMMED ELHASSANI (i) consent to Plaintiffs' filing of the First Amended Complaint and (ii) agree to accept service of the First Amended Complaint. Defendant MOHAMMED ELHASSANI shall retain all rights including, but not limited to, the right to move against the First Amended Complaint.

For the Defendant Mohammed Elhassani:

By: _____
Andrew Hoffmann, Esq.,
Hoffmann & Associates
450 7th Ave., Ste. 1400
New York, NY 10123
Telephone: (212) 686-2110
Fax: (212) 686-4766
Ashlegal@aol.com

Date: 3/29/2018

For the Plaintiffs, FLSA Collective Plaintiffs and the Class:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1180
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 3/26/2018