## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, I caused the Court's Pretrial Order in Case No. 17-CV-5357 to be served by First Class Mail upon the following Defendants:

**Hamo, Inc., Mohammad Elhassani and Hakim Chantit**
c/o Jerusalem Restaurant
2715 Broadway
New York, NY 10025

**Little West Inc. and Rachid Bourassa**
c/o Broadway Pizza
2709 Broadway
New York, NY 10025

_____
C.K. Lee, Esq.