UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SILAS ELMAN ALVAREZ CIFUENTES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, and JOHN DOE, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

         Plaintiffs,

   -against-

HAMO INC., *d/b/a Jerusalem Restaurant*, LITTLE WEST INC., *d/b/a Broadway Pizza*, MOHAMMED ELHASSANI, RACHID BOURASSA, and HAKIM CHANTIT,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER APPROVING FLSA SETTLEMENT</u>

17 Civ. 5357 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

  Plaintiff Silas Elman Alvarez Cifuentes and Defendants Rachid Bourassa and Hakim Chantit have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 59.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $2,000 is approved; and

2. The payment of attorneys' fees and expenses to Plaintiff's attorneys in the amount of $1,000 is approved.

Dated: New York, New York
   July 25, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge