UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILAS ELMAN ALVAREZ CIFUENTES and
JOHN DOE, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class*,

       Plaintiff,

v.

HAMO INC.
   d/b/a JERUSALEM RESTAURANT,
LITTLE WEST INC.
   d/b/a BROADWAY PIZZA,
MOHAMMED ELHASSANI,
RACHID BOURASSA and HAKIM CHANTIT,

       Defendants.

Case No.: 17-cv-5357

**DEFAULT JUDGMENT**

This action having been commenced on July 14, 2017, by the filing of the Summons and Complaint. Defendant MOHAMMED ELHASSANI, having not comply with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

That Plaintiff SILAS ELMAN ALVAREZ CIFUENTES , has judgment against Defendant MOHAMMED ELHASSANI. for unpaid wages in the amount of $115,797.80, New York State Liquidated damages in the amount of $115,797.80, statutory damages in the amount of $10,000.00, less the settlement payment in the amount of $3,000.00 paid by co-defendants Rachid Bourassa and Hakim Chantit, amounting in all to $238,595.60.

Dated: New York, New York

Hon. Katharine H. Parker
United States Magistrate Judge