# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SILAS ELMAN ALVAREZ CIFUENTES and
JOHN DOE, on behalf of themselves, FLSA
Collective Plaintiffs and the Class,

                Plaintiffs,                17 CIVIL 5357 (GBD)(KHP)

   -against-                **DEFAULT JUDGMENT**

HAMO INC., d/b/a Jerusalem Restaurant, LITTLE
WEST INC., d/b/a Broadway Pizza, MOHAMED
ELHASSANI, RACHID BOURASSA, AND
HAKIM CHANTIT,
                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated April 13, 2021, before this Court is Magistrate Judge Katharine H. Parker's November 30, 2020 Report and Recommendation (the "Report"), recommending that this Court enter default judgment against Elhassani and award Plaintiff $238,595.60. (Report, ECF No. 96, at 11.) Magistrate Judge Parker advised the parties that failure to file timely objections to the Report would constitute a waiver of those objections on appeal. (Id. at 12.) No objections were filed; as further set forth herein. Magistrate Judge Parker's Report is ADOPTED in its entirety. Final judgment is entered against Defendant Elhassani ordering him to pay Plaintiff a total of $238,595.60 in unpaid wages, liquidated damages, and statutory penalties.

**Dated:** New York, New York
       April 13, 2021

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                **BY:**       *K. Mango*

                                            **Deputy Clerk**