USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELMAN ALVAREZ CIFUENTES and JOHN DOE,
*on behalf of themselves, FLSA Collective
Plaintiffs and the Class*

                                 Plaintiffs,                17-CV-05357 (GBD) (KHP)

            -against-                                **ORDER SCHEDULING TELEPHONIC**
                                                                         **STATUS CONFERENCE**

HAMO INC. d/b/a JERUSALEM RESTAURANT
et al.,

                                 Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A telephonic Status Conference in this matter is hereby scheduled for **Wednesday, January 19, 2022 at 11:00 a.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

       SO ORDERED.

Dated: December 2, 2021
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge